UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHY GOODMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERVET, INC. d/b/a MERCK ANIMAL HEALTH d/b/a HOME AGAIN,<br><br>Defendant. | Case No.<br><br>**CLRA VENUE DECLARATION OF PLAINTIFF CATHY GOODMAN PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780** |

I, Cathy Goodman, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, could competently testify thereto.

2. I am a Plaintiff in the above-captioned action.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, California Civil Code § 1750, *et seq*.

4. The Class Action Complaint has been filed in the proper place for trial of this action.

5. Defendant has its principal place of business in within the District of New Jersey, which is within Morris County. Defendant conducts substantial business, including the acts and practices at issue in this action occurred within the District of New Jersey, in Morris County.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct to the best of my knowledge.

By: *Cathy Goodman* (signature)
Cathy Goodman

Dated: 05 / 18 / 2022

Doc ID: 0c1f349a8bb3bbf24e5f0b18571e026be0b4bf11



# Audit Trail

| | |
|---|---|
| **TITLE** | Venue Declaration for Cathy Goodman v. Home Again \|... |
| **FILE NAME** | content |
| **DOCUMENT ID** | 0c1f349a8bb3bbf24e5f0b18571e026be0b4bf11 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

**This document was requested from sflinjuryattorneys.lightning.force.com**

## Document History

**SENT**  
**05 / 18 / 2022**  
16:51:29 UTC  
Sent for signature to Cathy Goodman (cathygoodman108@gmail.com) from gpalacios@shamisgentile.com  
IP: 134.56.253.48

**VIEWED**  
**05 / 18 / 2022**  
17:23:18 UTC  
Viewed by Cathy Goodman (cathygoodman108@gmail.com)  
IP: 76.230.243.7

**SIGNED**  
**05 / 18 / 2022**  
17:23:53 UTC  
Signed by Cathy Goodman (cathygoodman108@gmail.com)  
IP: 76.230.243.7

**COMPLETED**  
**05 / 18 / 2022**  
17:23:53 UTC  
The document has been completed.

Powered by HELLOSIGN