UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHY GOODMAN, et al., | Civil Action No. 2:22-CV-2926-WJM-ESK |
| Plaintiffs, | |
| v. | CIVIL ACTION |
| INTERVET INC. d/b/a MERCK ANIMAL HEALTH d/b/a HOME AGAIN, | |
| | Hon. William J. Martini, U.S.D.J. |
| Defendant. | Hon. Cathy L. Waldor, U.S.M.J. |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS**

Plaintiffs Cathy Goodman, Matthew Inman, Dennis Canetty, Belinda Young, Ellen Berris, Gongjun Peng, Lyncia Sirmans, Kristi Schaller, Rachel Lesser, Kathryn Lyell, CJ Ferry, Lydia Gomez, Larhonda Majied, Amy Crawford, Gail Hes, Carolyn Shepardson, Erin Radcliffe, Alison Barnum, and Kimberly Amacher, ("Plaintiffs"), on behalf of themselves and the proposed Settlement Class, by and through their counsel, respectfully move for an order:

- Granting preliminary approval of the Settlement Agreement and Release (the "Agreement") entered into with Defendant Intervet Inc. d/b/a Merck Animal Health d/b/a Home Again ("Home Again"), finding the terms to be within the range of being fair, adequate, and reasonable;

- Provisionally certifying the Settlement Class pursuant to Federal Rules of Civil Procedure 23(a) and(b)(3) for settlement purposes only;

1

- Appointing the law firms of KalielGold PLLC, Shamis & Gentile, P.A., Edelsberg Law, P.A., and Dapeer Law, P.A. as Class Counsel;

- Approving the Claim Form, the form and content of the Notice, and directing that Notice of the proposed settlement be given to the Settlement Class by the Settlement Administrator;

- Establishing deadlines for members of the Settlement Class to file claims, to object to, or to exclude themselves from the settlement; and

- Setting a Final Approval Hearing Date for 150 days after entry of order granting Preliminary Approval or when convenient for the Court.

Defendant does not oppose this Motion.

The Parties' Settlement Agreement and Release is attached hereto as *Exhibit 1*.

The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated: August 8, 2024   /s/ *Rachel Dapeer*
Rachel Dapeer
**DAPEER LAW, P.A.**
New Jersey Bar No. 039272011
3331 Sunset Avenue
Ocean, New Jersey 07712
Telephone: 305-610-5223
rachel@dapeer.com

Andrew J. Shamis (*pro hac vice* to be filed)
Edwin E. Elliott (admitted *pro hac vice*)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com
edwine@shamisgentiel.com

Jeffrey D. Kaliel (*pro hac vice* to be filed)
Sophia G. Gold (admitted *pro hac vice*)

2

**KALIELGOLD PLLC**
jkaliel@kalielpllc.com
sgold@kalielgold.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: 202-350-4783

Scott Edelsberg (*pro hac vice* to be filed)
**EDELSBERG LAW, PA**
20900 NE 30th Ave, Suite 417
Aventura, Florida 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiffs and the
Proposed Settlement Class*