# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHY GOODMAN, et al., | Civil Action No. 2:22-CV-2926-WJM-ESK |
| Plaintiffs, | |
| v. | CIVIL ACTION |
| INTERVET INC. d/b/a MERCK ANIMAL HEALTH d/b/a HOME AGAIN, | |
| Defendant. | Hon. William J. Martini, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J. |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF THE SETTLEMENT CLASS**

Plaintiffs Cathy Goodman, Matthew Inman, Dennis Canetty, Belinda Young, Ellen Berris, Gongjun Peng, Lyncia Sirmans, Kristi Schaller, Rachel Lesser, Kathryn Lyell, CJ Ferry, Lydia Gomez, Larhonda Majied, Amy Crawford, Gail Hes, Carolyn Shepardson, Erin Radcliffe, Alison Barnum, and Kimberly Amacher, ("Plaintiffs"), on behalf of themselves and the proposed Settlement Class, by and through their counsel, respectfully move for an order:

- Granting final approval of the Settlement Agreement and Release (the "Agreement") entered into with Defendant Intervet Inc. d/b/a Merck Animal Health d/b/a Home Again ("Home Again"), finding the terms to be within the range of being fair, adequate, and reasonable and that Notice satisfies the requirements of Rule 23 and Due Process;

1

- Certifying the proposed Settlement Class pursuant to Federal Rules of Civil Procedure 23(a) and(b)(3) for settlement purposes only;

- Granting Plaintiffs' pending Motion for Attorneys' Fees, Costs, and Class Representative Service Awards (Dkt. No. 89);

- Entering an order of Final Judgment dismissing Plaintiffs' complaint with prejudice in favor of Defendant and against all persons or entities who are Settlement Class Members.

Defendant does not oppose this Motion.

The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated: January 10, 2025          */s/ Rachel Dapeer*
Rachel Dapeer
**DAPEER LAW, P.A.**
New Jersey Bar No. 039272011
3331 Sunset Avenue
Ocean, New Jersey 07712
Telephone: 305-610-5223
rachel@dapeer.com

Andrew J. Shamis (admitted *pro hac vice*)
Edwin E. Elliott (admitted *pro hac vice*)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com
edwine@shamisgentiel.com

Sophia G. Gold (admitted *pro hac vice*)
**KALIELGOLD PLLC**
490 43rd Street, Suite 122
Oakland, CA 94609
Telephone: 202-350-4783
sgold@kalielgold.com

2

Scott Edelsberg (admitted *pro hac vice*)
**EDELSBERG LAW, PA**
20900 NE 30th Ave, Suite 417
Aventura, Florida 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiffs and the
Proposed Settlement Class*