# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CATHY GOODMAN, et al., | : | Civil Action No. 2:22-cv-2926-WJM-CLW |
| Plaintiffs, | : | |
| v. | : | <u>Civil Action</u> |
| INTERVET INC., | : | |
| | : | Hon. William J. Martini, U.S.D.J. |
| Defendant. | : | Hon. Cathy L. Waldor, U.S.M.J. |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs, Cathy Goodman, Matthew Inman, Dennis Canetty, Belinda Young, Ellen Berris, Gongjun Peng, Lyncia Sirmans, Kristi Schaller, Rachel Lesser, Kathryn Lyell, CJ Ferry, Lydia Gomez, Larhonda Majied, Amy Crawford, Gail Hes, Carolyn Shepardson, Erin Radcliffe, Alison Barnum, and Kimberly Amacher (collectively, "Plaintiffs"), and Defendant, Intervet Inc. d/b/a Merck Animal Health, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiffs, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. Nothing in this Joint Stipulation of Dismissal shall affect the Order Finally Approving Class Action Settlement And Final Judgment entered on February 10, 2025 (ECF No. 96).

Dated: April 3, 2025

| | |
|---|---|
| <u>/s/ Rachel Dapeer</u><br>Rachel Dapeer<br>**DAPEER LAW, P.A.**<br>New Jersey Bar No. 039272011<br>3331 Sunset Avenue<br>Ocean, New Jersey 07712<br>Telephone: 305-610-5223<br>rachel@dapeer.com<br><br>*Counsel for Plaintiffs* | <u>/s/ Kristofor T. Henning</u><br>Kristofor T. Henning<br>**MCCARTER & ENGLISH, LLP**<br>1600 Market Street<br>Suite 3900<br>Philadelphia, PA 19103-7501<br>Telephone: (215) 979-3800<br>khenning@mccarter.com<br><br>*Counsel for Defendant* |